Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  6:20-po-00115-JDP |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO VACATE STATUS CONFERENCE AND RESOLVE MATTER THROUGH FORFEITURE OF COLLATERAL; AND [PROPOSED] ORDER THEREON |
| ERIC L. PARKER-MYLKO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Sean O. Anderson, acting legal officer for the National Park Service, and Eric L. PARKER-MYLKO, by and through his attorney of record, Benjamin A. Gerson, that the status conference in the above-captioned matter set for October 20, 2020 be vacated.  The Government agrees violation number 9290280 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $250, plus the $30 processing fee. The Government does not object to Defendant requesting traffic school.

Dated:  October 7, 2020       /S/ Sean O. Anderson
                              Sean O. Anderson
                              Acting Legal Officer
                              Yosemite National Park

Dated:  October 7, 2020        /s/ Benjamin A. Gerson
                              Benjamin A. Gerson
                              Attorney for Defendant
                              Eric L. Parker-Mylko

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, it is hereby ordered, the October 20, 2020 status conference for *United States v. Parkermylko*, Case 6:20-po-00115-JDP, is vacated and violation number 9290280 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $250, plus the $30 processing fee.

IT IS SO ORDERED.

Dated:   October 9, 2020                                   _____
                                                                                  UNITED STATES MAGISTRATE JUDGE

2